B6F (Official Form 6F) (12/07)

IN RE **Butler, Kimberly W** _____   Case No. **08-12397** _____
                              Debtor(s)                                 (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **504-241-8191**<br>**A T & T**<br>**P.O. Box 105262**<br>**Atlanta, GA  30348** | | | | | | | **5,203.70** |
| ACCOUNT NO.<br>**A T & T**<br>**P.O. Box 650584**<br>**Dallas, TX  75265-0584** | | | | | | | **500.00** |
| ACCOUNT NO.<br>**Alpat**<br>**40070 Cane Ave, Ste. 400**<br>**Slidell, LA  70461** | | | | | | | **23.00** |
| ACCOUNT NO.<br>**Alvin & Lillian Anderson**<br>**5843 W. Louis Prima**<br>**New Orleans, LA  70128** | | | | | | | **50.00** |

    **10** continuation sheets attached

Subtotal (Total of this page) $ **5,776.70**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Butler, Kimberly W** _____  Case No. **08-12397** _____
                        Debtor(s)                                            (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br>**American Express** <br>**P.O. Box 650448** <br>**Dallas, TX 75265-0448** | | | | | | | **11,050.88** |
| ACCOUNT NO. **3499907576326683** <br>**Amex** <br>**P.o. Box 981537** <br>**El Paso, TX 79998** | | | **Open account opened 1983-11** | | | | **10,883.00** |
| ACCOUNT NO. <br>**Andre Benson** <br>**181 Turnberry Dr.** <br>**New Orleans, LA 70128** | | | | | | | **50.00** |
| ACCOUNT NO. <br>**Bonnie & JD Payton** <br>**11274 Asphodel Dr.** <br>**New Orleans, LA 70128** | | | | | | | **50.00** |
| ACCOUNT NO. <br>**Bonnie & JD Payton** <br>**11274 Asphodel Dr.** <br>**New Orleans, LA 70128** | | | | | | | **0.00** |
| ACCOUNT NO. <br>**Brnks Home Security** <br>**P.O. Box 152235** <br>**Irving, TX 75015-2235** | | | | | | | **525.00** |
| ACCOUNT NO. <br>**Bullard Self Storage** <br>**7911 Bullard Ave.** <br>**New Orleans, LA 70127** | | | | | | | **500.00** |

Sheet no. ____**1**__ of ____**10**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **23,058.88**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Butler, Kimberly W** _____   Case No. **08-12397** _____
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **115601119247**<br>**Cap One Na**<br>**Pob 152406**<br>**Irving, TX  75015** | | | **Installment account opened 2006-01** | | | | **875.94** |
| ACCOUNT NO.<br>**CBS Outdoor Advertising**<br>**185 US Highway 46**<br>**Fairfield, NJ  07004** | | | | | | | **500.00** |
| ACCOUNT NO.<br>**CBSI Collection Services**<br>**P.O. Box 3227**<br>**Tuscaloosa, AL  35403-3227** | | | | | | | **427.95** |
| ACCOUNT NO. **540168305117**<br>**Chase**<br>**Bank One Card Serv 800 Brooksedge Blv**<br>**Westerville, OH  43081** | | | **Revolving account opened 2007-07** | | | | **14,010.00** |
| ACCOUNT NO.<br>**Citi Card**<br>**P.O. Box 689106**<br>**Des Moines, IA  50368-9106** | | | | | | | **3,926.03** |
| ACCOUNT NO.<br>**City Cathedral**<br>**8801 Chef Highway**<br>**New Orleans, LA  70127** | | | | | | | **50.00** |
| ACCOUNT NO.<br>**Coastal Waste Services, Inc**<br>**310 Howze Beach Lane**<br>**Slidell, LA  70461-4637** | | | | | | | **179.82** |

Sheet no. ____**2**__ of ____**10**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **19,969.74**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Butler, Kimberly W** _____ Case No. **08-12397**
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Craig & Leslie Adams** <br> **2762 Mendez St.** <br> **New Orleans, LA  70122** | | | | | | | **50.00** |
| ACCOUNT NO. <br> **David E. Butler** <br> **P.O. Box 12641** <br> **Austin, TX  78711** | | | | | | | **500.00** |
| ACCOUNT NO. <br> **Debra Doty** <br> **7841 Brevard** <br> **New Orleans, LA  70127** | | | | | | | **50.00** |
| ACCOUNT NO. <br> **Dial One** <br> **Franklynn Pest Control Co.** <br> **110 Phlox Ave.** <br> **Metairie, LA  70001** | | | | | | | **180.00** |
| ACCOUNT NO. <br> **Donna S. Lindell** <br> **P.O. Box 8326** <br> **Metairie, LA  70011** | | | | | | | **50.00** |
| ACCOUNT NO. <br> **Eastover Property Owners Association** <br> **5690 Eastover Dr.** <br> **New Orleans, LA  70128** | | | | | | | **2,654.50** |
| ACCOUNT NO. <br> **Elmir Garza** <br> **709 Nell** <br> **Pasadena, TX  77506** | | | | | | | **500.00** |

Sheet no. __3__ of __10__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **3,984.50**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

**IN RE Butler, Kimberly W** _____  Case No. **08-12397** _____
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Erico Chapa**<br>**418 Lynn**<br>**S. Houston, TX  77587** | | | | | | | **500.00** |
| ACCOUNT NO.<br>**F & M Affordable Contracting**<br>**632 Tucker Ave.**<br>**Jefferson, LA  70121** | | | | | | | **2,000.00** |
| ACCOUNT NO.<br>**Fed Ex**<br>**P.O. Box 660481**<br>**Dallas, TX  75266-0481** | | | | | | | **156.18** |
| ACCOUNT NO.<br>**First Source Advantage**<br>**P.O. Box 628**<br>**Buffalo, NY  14240-0628** | | | | | | | **603.37** |
| ACCOUNT NO.<br>**Foucher Emergency Physicians**<br>**P.O. Box 37662**<br>**Philadephia, PA  19101-7662** | | | | | | | **315.00** |
| ACCOUNT NO. **9564092**<br>**G C Services (original Creditor:cin**<br>**6330 Gulfton**<br>**Houston, TX  77081** | | | **Unknown account opened 2006-07** | | | | **291.00** |
| ACCOUNT NO.<br>**Garibaldi Western Wear**<br>**1610 Belle Chasse Hwy**<br>**Gretna, LA  70056** | | | | | | | **5,000.00** |

Sheet no. ___**4**___ of ___**10**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **8,865.55**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.   Case 08-12397   Doc 19   Filed 01/29/09   Entered 01/29/09 11:36:26   Main Document
Page 6 of 11

IN RE **Butler, Kimberly W** _____   Case No. **08-12397** _____
Debtor(s)   (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Gulfsouth Medical & Surgical**<br>**3705 Florida Ave.**<br>**Kenner, LA 70065** | | | | | | | **6,855.00** |
| ACCOUNT NO.<br>**Hibernia Bank**<br>**P.O. Box 61540**<br>**New Orleans, LA 70160** | | | | | | | **940.00** |
| ACCOUNT NO.<br>**Hibernia Bank**<br>**P.O. Box 61540**<br>**New Orleans, LA 70160** | | | | | | | **939.39** |
| ACCOUNT NO.<br>**Home Depot**<br>**P.O. Box 689100**<br>**Des Moines, IA 50368-9100** | | | | | | | **4,000.00** |
| ACCOUNT NO. **272152**<br>**Hsbc/bsbuy**<br>**Po Box 15519**<br>**Wilmington, DE 19850** | | | **Revolving account opened 2007-04-26** | | | | **671.00** |
| ACCOUNT NO.<br>**IC System**<br>**P.O. Box 64887**<br>**St. Paul, MN 55164-0887** | | | | | | | **301.53** |
| ACCOUNT NO.<br>**Jacqueline Clemons**<br>**5543 Frances Court**<br>**Winston Salem, NC 27105** | | | | | | | **500.00** |

Sheet no. _____**5**_ of _____**10**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **14,206.92**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Butler, Kimberly W** _____ Case No. **08-12397**
Debtor(s) (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Jaime Ordonez**<br>**J & C New Renovation LLC**<br>**2617 Tifton St.**<br>**Kenner, LA  70062** | | | | | | | **500.00** |
| ACCOUNT NO.<br>**Jerry &\* Andrea Green**<br>**4835 Perelli Dr.**<br>**New Orleans, LA  70127** | | | | | | | **50.00** |
| ACCOUNT NO.<br>**Kelly & Terry Mayberry**<br>**6000 Haynes Blvd.**<br>**New Orleans,, LA  70126** | | | | | | | **500.00** |
| ACCOUNT NO.<br>**Kermit Brazile**<br>**5749 E. Louis Prima Dr.**<br>**New Orleans, LA  70128** | | | | | | | **50.00** |
| ACCOUNT NO.<br>**L C & I Fund**<br>**1130 W. Causeway Approach**<br>**Mandeville, LA  70471** | | | | | | | **2,221.00** |
| ACCOUNT NO.<br>**Louisiana Board Of Ethics**<br>**P.O. Box 4368**<br>**Baton Rouge,, LA  70821** | | | | | | | **5,000.00** |
| ACCOUNT NO.<br>**Louisiana Board Of Ethics**<br>**2415 Quail Dr., 3rd Floor**<br>**Baton Rouge,, LA  70808** | | | | | | | **5,000.00** |

Sheet no. __**6**__ of __**10**__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **13,321.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Butler, Kimberly W** _____    Case No. **08-12397**
                                            Debtor(s)                                                  (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Louisiana Construction**<br>**1130 West Causeway Approach**<br>**Mandeville, LA 70471** | | | | | | | **592.00** |
| ACCOUNT NO.<br>**LWCC**<br>**P.O. Box 61005**<br>**New Orleans, LA 70161-1005** | | | | | | | **4,587.00** |
| ACCOUNT NO.<br>**Marc Dorsey**<br>**511 Gravier St.**<br>**New Orleans, LA 70130** | | | | | | | **500.00** |
| ACCOUNT NO.<br>**Mardele Early**<br>**160 E. Greenbriar**<br>**New Orleans, LA 70128** | | | | | | | **50.00** |
| ACCOUNT NO.<br>**Mel Barlow**<br>**7516 Berg Road**<br>**New Orleans, LA 70127** | | | | | | | **50.00** |
| ACCOUNT NO.<br>**Melanie Sauliny**<br>**5849 W. Louis Prima Dr.**<br>**New Orleans, LA 70128** | | | | | | | **50.00** |
| ACCOUNT NO.<br>**Merrill Lynch**<br>**4800 Deer Lake Drive East**<br>**Jacksonville, FL 32246** | | | | | | | **95.00** |

Sheet no. __7__ of __10__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **5,924.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Butler, Kimberly W** _____ Case No. **08-12397**
              Debtor(s)                           (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Nancy Durant**<br>**Attorney At Law**<br>**2955 Ridgelake Dr.**<br>**Metairie, LA 70002** | | | | | | | **2,198.56** |
| ACCOUNT NO.<br>**Nationwide Credit**<br>**P.O. Box 740640**<br>**Atlanta, GA 30374-0640** | | | | | | | **10,612.40** |
| ACCOUNT NO.<br>**NES**<br>**National Enterprise Systems**<br>**29125 Solon Rd**<br>**Solon, OH 44139-3442** | | | | | | | **500.00** |
| ACCOUNT NO.<br>**Nu Vision Staffing**<br>**Ranata Barrier**<br>**708 Salvador Rd**<br>**Kenner, LA 70062** | | | | | | | **500.00** |
| ACCOUNT NO.<br>**Patrice Landry**<br>**2540 Prentiss Ave.**<br>**New Orleans, LA 70122** | | | | | | | **50.00** |
| ACCOUNT NO.<br>**Pipe Wizard Plumbing**<br>**P.O. Box 5400**<br>**Slidell, LA 70460** | | | | | | | **13,000.00** |
| ACCOUNT NO.<br>**Raymond * Shirley Degruy**<br>**2764 Mendez St.**<br>**New Orleans, LA 70122** | | | | | | | **50.00** |

Sheet no. **8** of **10** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **26,910.96**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Butler, Kimberly W**_____ Case No. **08-12397**_____
                    Debtor(s)                                (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Regions Bank**<br>**P.O. Box 11007**<br>**Birmingham, AL 35288** | | | | | | | **1,500.00** |
| ACCOUNT NO.<br>**Resort Financial Services**<br>**P.O. Box 593233**<br>**Orlando, FL 36304** | | | | | | | **1,077.10** |
| ACCOUNT NO.<br>**Sewerage & Water Board**<br>**625 S. Joseph Room 154**<br>**New Orleans, LA 70165** | | | | | | | **200.00** |
| ACCOUNT NO.<br>**Spur**<br>**2023 Williams Blvd.**<br>**Kenner, LA 70062** | | | | | | | **500.00** |
| ACCOUNT NO.<br>**Tamiqua Williams**<br>**6010 Dauphine St.**<br>**New Orleans, LA 70117** | | | | | | | **50.00** |
| ACCOUNT NO. **6035320241200102**<br>**Thd/cbsd**<br>**Po Box 6497**<br>**Sioux Falls, SD 57117** | | | **Revolving account opened 2006-03-31** | | | | **4,336.00** |
| ACCOUNT NO.<br>**The Radiology Group**<br>**P.O. Box 1617**<br>**Columbus, GA 31902** | | | | | | | **22.00** |

Sheet no. ____**9**____ of ____**10**____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **7,685.10**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Butler, Kimberly W** _____    Case No. **08-12397** _____
　　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　(If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Tom Williams**<br>**Blue Bird Chimney Service**<br>**2601 Old Spanish Trail**<br>**Slidell, LA  70461** | | | | | | | **1,185.00** |
| ACCOUNT NO.<br>**Touro Infirmary**<br>**P.O. Box 3475**<br>**Toledo, OH  43607-0475** | | | | | | | **424.79** |
| ACCOUNT NO. **6 18091**<br>**Unknown (original Creditor:unknown)** | | | **Unknown account opened 2006-11** | | | | **507.00** |
| ACCOUNT NO.<br>**Verizon Wireless**<br>**P.O. Box 105378**<br>**Atlanta, GA  30348** | | | | | | | **129.06** |
| ACCOUNT NO.<br>**Warrenetta Banks**<br>**5404 Charters**<br>**New Orleans, LA  70117** | | | | | | | **50.00** |
| ACCOUNT NO.<br>**Yvon Ether**<br>**8969 Hyne Rd**<br>**Brighton, MI  48114** | | | | | | | **50.00** |
| ACCOUNT NO. | | | | | | | |

Sheet no. ____**10**__ of _____**10**_____ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **2,345.85**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **132,049.20**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only