# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 08-12397 |
| | : | |
| KIMBERLY WILLIAMSON BUTLER | : | SECTION "A" |
| | : | |
| DEBTOR | : | CHAPTER 7 |
| | : | |

### ORDER APPROVING EMPLOYMENT OF COUNSEL

Upon the application of David V. Adler, trustee in the above captioned case, seeking authority to employ the law firm of Gordon, Arata, McCollam, Duplantis & Eagan, L.L.P. as general counsel, and the Court being satisfied that the firm is disinterested and does not hold or represent any interest adverse to the estate;

**IT IS ORDERED** that the employment by David V. Adler, as such trustee, of Gordon, Arata, McCollam, Duplantis & Eagan, L.L.P. to represent him in this case be and it hereby is, **approved**, with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications therefor.

New Orleans, Louisiana, April 20, 2009.

                                                      Hon. Elizabeth W. Magner
                                                      U.S. Bankruptcy Judge