**Form ntc90day**

# United States Bankruptcy Court
Eastern District of Louisiana

*In Re:*
Kimberly Williamson Butler                    Case Number: 08−12397

*Debtor(s)*                                   Chapter: 7

# Notice to Creditors and Other Parties in Interest
# of the Need to File Claims

**NOTICE IS HEREBY GIVEN THAT:**

It having appeared from the schedules of the debtor at the time of filing that there was no estate from which any dividend could be paid to creditors, the notice to creditors advised that it was uncecessary for any creditor to file his claim at that time.

It appearing subsequently that there is an estate from which a dividend to creditors may be paid, creditors **MUST** now file claims in this case in order to share in any distribution from the estate.

**CLAIMS MUST BE FILED ON OR BEFORE:   8/10/09**

Claims which are not filed on or before the above−stated date will not be allowed, except as otherwise provided by law. A claim may be filed in the office of the Clerk of Bankruptcy Court on an official form prescribed for a proof of claim.

Creditors who have previously filed a claim in this case need not file again.

**MAIL CLAIM FORMS TO:**

Clerk, U.S. Bankrupcty Court
500 Poydras Street, Room B−601
New Orleans, Louisiana 70130−3386

*R. Marla Hamilton*
Clerk of Court

| UNITED STATES BANKRUPTCY COURT Eastern District of Louisiana | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Kimberly Williamson Butler | Case Number: 08-12397EWM |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:

**Court Claim Number:**_____
(*If known*)

Telephone number:

Filed on:_____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

**1. Amount of Claim as of Date Case Filed:**     $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
  (See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

  **3a. Debtor may have scheduled account as:** _____
  (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
  Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

  **Nature of property or right of setoff:** ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
  **Describe:**

  **Value of Property:** $_____ **Annual Interest Rate** ___%

  **Amount of arrearage and other charges as of time case filed included in secured claim,**

  **if any:** $_____ **Basis for perfection:** _____

  **Amount of Secured Claim:** $_____ **Amount Unsecured:** $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

```
District/off: 053L-2           User: cl                    Page 1 of 3                   Date Rcvd: May 08, 2009
Case: 08-12397                 Form ID: 1672               Total Served: 119


The following entities were served by first class mail on May 10, 2009.
db         +Kimberly Williamson Butler,   170 Turnberry Drive,   New Orleans, LA 70128-3629
smg         Collector of Revenue,    City of New Orleans,   City Hall Annex,    New Orleans, LA  70112
smg        +Delinquent Accounts Unit,   La. Department of Labor,   Office of Regulatory Services,
             P.O. Box 44127,   Baton Rouge, LA 70804-4127
smg        +Louisiana Department of Revenue,   Collection Division/Bankruptcy Section,   P. O. Box 66658,
             Baton Rouge, LA 70896-6658
smg        +U. S. Attorney's Office,   500 Poydras Street,   Suite 210,   New Orleans, LA 70130-3365
cr          Chase Home Finance,LLC,successor by merger with Ch,   Attn: Donald E. Anderson,
             3415 Vision Drive,   Columbus, OH 43219-6009
2557076    +A T & T,   P.O. Box 105262,   Atlanta, GA 30348-5262
2557078    +Alpat,   40070 Cane Ave, Ste. 400,   Slidell, LA 70461-3757
2557079    +Alvin & Lillian Anderson,   5843 W. Louis Prima,   New Orleans, LA 70128-2802
2557080    +Am Thrift,   1916 Williams Blvd,   Kenner, LA 70062-6232
2557082     American General Finan,   660 Franklin Ave Ste A9,   New Orleans, LA  70117
2557084    +Andre Benson,   181 Turnberry Dr.,   New Orleans, LA 70128-3629
2557085    +Bank One,   200 Ottawa Ave Nw,   Grand Rapids, MI 49503-2405
2557086    +Blmdsnb,   9111 Duke Blvd,   Mason, OH 45040-8999
2557087    +Bonnie & JD Payton,   11274 Asphodel Dr.,   New Orleans, LA 70128-3421
2557088    +Bonwit Teller,   Po Box 1003,   Totowa, NJ 07511-1003
2557089     Brnks Home Security,   P.O. Box 152235,   Irving, TX  75015-2235
2557090    +Bullard Self Storage,   7911 Bullard Ave.,   New Orleans, LA 70128-1118
2557094    +CBS Outdoor Advertising,   185 US Highway 46,   Fairfield, NJ 07004-2321
2557095     CBSI Collection Services,   P.O. Box 3227,   Tuscaloosa, AL  35403-3227
2557091    +Cap One Na,   Pob 152406,   Irving, TX 75015-2406
2557092    +Capital One Auto Finan,   3901 Dallas Pkwy,   Plano, TX 75093-7864
2557093    +Capital One, Na,   Po Box 152406,   Irving, TX 75015-2406
2562504    +Chase Home Finance,   c/o Anthony J. Russo, Jr.,   Seale Smith Zuber,
             8550 United Plaza Blvd.,Ste. 200,   Baton Rouge, LA 70809-2256
2557097     Chase Home Finance,   National Recovery Group,   P.O. Box 29505,   Phoenix, AZ  85038-9505
2562092     Chase Home Finance, LLC,   Attn: Donald E. Anderson,   3415 Vision Drive,
             Columbus, OH 43219-6009
2557098    +Chase Mort,   3415 Vision Dr,   Columbus, OH 43219-6009
2557099     Citi Card,   P.O. Box 689106,   Des Moines, IA  50368-9106
2557100    +City Cathedral,   8801 Chef Highway,   New Orleans, LA 70127-4043
2557101     Coastal Waste Services, Inc,   310 Howze Beach Lane,   Slidell, LA  70461-4637
2557102    +Countrywide,   450 American St Credit Reporting S,   Simi Valley, CA 93065-6285
2557103    +Craig & Leslie Adams,   2762 Mendez St.,   New Orleans, LA 70122-6364
2557104     Crd Prt Asso (original Creditor:cox,   One Galleria Tower 13355 Noel Road S,   Dallas, TX  75240
2557105    +Credit Management Lp (original Cred,   4200 International Pkwy,   Carrollton, TX 75007-1912
2557106    +Credit Protection Asso (original Cr,   13355 Noel Rd Ste 2100,   Dallas, TX 75240-6837
2557107    +David E. Butler,   P.O. Box 12641,   Austin, TX 78711-2641
2557108    +Debra Doty,   7841 Brevard,   New Orleans, LA 70127-1103
2557109    +Dial One,   Franklynn Pest Control Co.,   110 Phlox Ave.,   Metairie, LA 70001-4560
2557111    +Donna S. Lindell,   P.O. Box 8326,   Metairie, LA 70011-8326
2557112     Dryades,   500 Veterans Blvd,   Metairie, LA  70005
2557113    +Eastover Property Owners Association,   5690 Eastover Dr.,   New Orleans, LA 70128-3633
2557114    +Elmir Garza,   709 Nell,   Pasadena, TX 77506-3207
2557116    +Entergy Gs,   639 Loyola Avenue,   New Orleans, LA 70113-3125
2557115    +Entergy Gs,   4809 Jefferson Hwy L-jef-359,   Jefferson, LA 70121-3126
2557117    +Erico Chapa,   418 Lynn,   S. Houston, TX 77587-3543
2557118    +F & M Affordable Contracting,   632 Tucker Ave.,   Jefferson, LA 70121-1540
2557119     Fed Ex,   P.O. Box 660481,   Dallas, TX  75266-0481
2557120     First Source Advantage,   P.O. Box 628,   Buffalo, NY  14240-0628
2557122    +Foucher Emergency Physicians,   P.O. Box 37602,   Philadephia, PA 19101-0662
2557123    +G C Services (original Creditor:cin,   6330 Gulfton,   Houston, TX 77081-1108
2557124    +Garibaldi Western Wear,   1610 Belle Chasse Hwy,   Gretna, LA 70056-7056
2557126    +Gmac,   P O Box 2150,   Greeley, CO 80632-2150
2557127    +Gulfsouth Medical & Surgical,   3705 Florida Ave.,   Kenner, LA 70065-3031
2596315    +HSBC BANK NEVADA, N.A.,   BASS & ASSOCIATES, P.C.,   3936 E. FT. LOWELL ROAD, SUITE 200,
             TUCSON, AZ 85712-1083
2557128    +Hibernia Bank,   P.O. Box 61540,   New Orleans, LA 70161-1540
2557129     Home Depot,   P.O. Box 689100,   Des Moines, IA  50368-9100
2557133     IC System,   P.O. Box 64887,   St. Paul, MN  55164-0887
2557134    +IRA,   Ogden, UT 84201-0001
2557135    +Island One,   2345 Sand Lake Road Ste 100,   Orlando, FL 32809-9120
2557136     Jacobsons,   3333 Sargent Rd,   Jackson, MI  49201-8800
2557137    +Jacqueline Clemons,   5543 Frances Court,   Winston Salem, NC 27105-1772
2557138    +Jaime Ordonez,   J & C New Renovation LLC,   2617 Tifton St.,   Kenner, LA 70062-5215
2557139    +Jerry &* Andrea Green,   4835 Perelli Dr.,   New Orleans, LA 70127-3527
2557140    +Kelly & Terry Mayberry,   6000 Haynes Blvd.,   New Orleans, LA 70126-1348
2557141    +Kermit Brazile,   5749 E. Louis Prima Dr.,   New Orleans, LA 70128-2808
2557142    +L C & I Fund,   1130 W. Causeway Approach,   Mandeville, LA 70471-3038
2557146     LWCC,   P.O. Box 61005,   New Orleans, LA  70161-1005
2557143    +Louisiana Board Of Ethics,   P.O. Box 4368,   Baton Rouge,, LA 70821-4368
2557144    +Louisiana Board Of Ethics,   2415 Quail Dr., 3rd Floor,   Baton Rouge,, LA 70808-0121
2557145    +Louisiana Construction,   1130 West Causeway Approach,   Mandeville, LA 70471-3038
2557147    +Marc Dorsey,   511 Gravier St.,   New Orleans, LA 70130-2726
2557148    +Mardele Early,   160 E. Greenbriar,   New Orleans, LA 70128-3645
2557150    +Mel Barlow,   7516 Berg Road,   New Orleans, LA 70128-1902
2557151    +Melanie Sauliny,   5849 W. Louis Prima Dr.,   New Orleans, LA 70128-2802
2557152    +Merrill Lynch,   4800 Deer Lake Drive East,   Jacksonville, FL 32246-6486
2562093    +Mr. Anthony J. Russo, Jr.,   SEALE, SMITH, ZUBER & BARNETTE,   8550 United Plaza Blvd., Suite 200,
             Baton Rouge, LA 70809-2256
```

```
District/off: 053L-2           User: cl                    Page 2 of 3                   Date Rcvd: May 08, 2009
Case: 08-12397                 Form ID: 1672               Total Served: 119

2557153      +Nancy Durant,    Attorney At Law,    2955 Ridgelake Dr.,    Metairie, LA 70002-4967
2557154       Nationwide Credit,    P.O. Box 740640,    Atlanta, GA 30374-0640
2557155      +Natl City,    Po Box 94982 Attcred Bur Dispu,    Cleveland, OH 44101-4982
2557158       Niss Infi,    P.o. Box 660360,    Dallas, TX 75266-0360
2557159      +Nissn Inf Lt,    Pob 660366,    Dallas, TX 75266-0366
2557160      +Ntl City Mtg,    3232 Newark Dr,    Miamisburg, OH 45342-5421
2557161      +Nu Vision Staffing,    Ranata Barrier,    708 Salvador Rd,    Kenner, LA 70062-7039
2557162      +Option One Mortgage,    11104 Menaul Blvd Ne,    Albuquerque, NM 87112-2454
2557163      +Patrice Landry,    2540 Prentiss Ave.,    New Orleans, LA 70122-5332
2557164      +Pipe Wizard Plumbing,    P.O. Box 5400,    Slidell, LA 70469-5400
2557165      +Prov Bncrp,    Po Box 9180,    Pleasanton, CA 94566-9180
2557166      +Raymond * Shirley Degruy,    2764 Mendez St.,    New Orleans, LA 70122-6364
2557168      +Resort Financial Services,    P.O. Box 593233,    Orlando, FL 32859-3233
2557169      +Sewerage & Water Board,    625 S. Joseph Room 154,    New Orleans, LA 70165-0001
2557170      +Spur,    2023 Williams Blvd.,    Kenner, LA 70062-5803
2557171      +Ssba/gilmores,    Po Box 6972,    Metairie, LA 70009-6972
2557172      +Standard Mrt,    701 Poydras St,    New Orleans, LA 70139-0300
2557173      +Sunfinance,    2801 Loyola,    Kenner, LA 70062-5063
2557174      +Tamiqua Williams,    6010 Dauphine St.,    New Orleans, LA 70117-2144
2557175      +Thd/cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
2557176      +The Radiology Group,    P.O. Box 1617,    Columbus, GA 31902-1617
2557177      +Tom Williams,    Blue Bird Chimney Service,    2601 Old Spanish Trail,    Slidell, LA 70461-4648
2557178       Touro Infirmary,    P.O. Box 3475,    Toledo, OH 43607-0475
2557179      +Toyota Motor Credit,    8550 United Plaza Blvd S,    Baton Rouge, LA 70809-2232
2557181      +Warrenetta Banks,    5404 Charters,    New Orleans, LA 70117-3020
2557183      +Yvon Ether,    8969 Hyne Rd,    Brighton, MI 48114-4955
The following entities were served by electronic transmission on May 08, 2009.
smg          +EDI: LADEPREV.COM May 08 2009 16:13:00      Louisiana Department of Revenue,
               Collection Division/Bankruptcy Section,    P. O. Box 66658,    Baton Rouge, LA 70896-6658
2557077       EDI: CINGMIDLAND.COM May 08 2009 16:13:00      A T & T,    P.O. Box 650584,
               Dallas, TX 75265-0584
2557081       EDI: AMEREXPR.COM May 08 2009 16:13:00      American Express,    P.O. Box 650448,
               Dallas, TX 75265-0448
2557083      +EDI: AMEREXPR.COM May 08 2009 16:13:00      Amex,    P.o. Box 981537,    El Paso, TX 79998-1537
2562690       E-mail/PDF: ebnnotices@ascensioncapitalgroup.com May 08 2009 19:56:47
               Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
2557096      +EDI: CHASE.COM May 08 2009 16:13:00      Chase,    Bank One Card Serv 800 Brooksedge Blv,
               Westerville, OH 43081-2822
2557110       EDI: DISCOVER.COM May 08 2009 16:13:00      Discover Fin,    Pob 15316,    Wilmington, DE 19850
2557121      +EDI: CHASE.COM May 08 2009 16:13:00      First Usa Bank N A,    1001 Jefferson Plaza,
               Wilmington, DE 19801-1493
2557125      +EDI: RMSC.COM May 08 2009 16:13:00      Gemb/best Buys,    Po Box 981439,    El Paso, TX 79998-1439
2557126      +EDI: GMAC.COM May 08 2009 16:13:00      Gmac,    P O Box 2150,    Greeley, CO 80632-2150
2596315      +EDI: BASSASSOC.COM May 08 2009 16:13:00      HSBC BANK NEVADA, N.A.,    BASS & ASSOCIATES, P.C.,
               3936 E. FT. LOWELL ROAD, SUITE 200,    TUCSON, AZ 85712-1083
2557130      +EDI: HFC.COM May 08 2009 16:13:00      Hsbc/bsbuy,    Po Box 15519,    Wilmington, DE 19850-5519
2557131      +EDI: HFC.COM May 08 2009 16:13:00      Hsbc/rs,    90 Christiana Rd,    New Castle, DE 19720-3118
2557132      +EDI: HFC.COM May 08 2009 16:13:00      Hsbc/saks,    140 W Industrial Dr,    Elmhurst, IL 60126-1602
2557149      +EDI: TSYS2.COM May 08 2009 16:13:00      Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
2557157       EDI: NESF.COM May 08 2009 16:13:00      NES,    National Enterprise Systems,    29125 Solon Rd,
               Solon, OH 44139-3442
2557156      +EDI: HFC.COM May 08 2009 16:13:00      Nbgl-saks,    Po Box 10327,    Jackson, MS 39289-0327
2557162      +EDI: OPTONE.COM May 08 2009 16:13:00      Option One Mortgage,    11104 Menaul Blvd Ne,
               Albuquerque, NM 87112-2454
2557167      +EDI: AMSOUTH.COM May 08 2009 16:13:00      Regions Bank,    P.O. Box 11007,
               Birmingham, AL 35288-0002
2557167      +E-mail/Text: Bankruptcy.Dept.MGM@Regions.com                            Regions Bank,
               P.O. Box 11007,    Birmingham, AL 35288-0002
2557180      +EDI: AFNIVZWIRE.COM May 08 2009 16:13:00      Verizon Wireless,    P.O. Box 105378,
               Atlanta, GA 30348-5378
2557182      +EDI: WFNNB.COM May 08 2009 16:13:00      Wfnnb/victorias Secret,    220 W Schrock Rd,
               Westerville, OH 43081-2873
                                                                                              TOTAL: 22

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
sp            Gordon, Arata, McCollam, Duplantis & Eagan, LLP
2567599*     +Pipe Wizard Plumbing, LLC,    P.O. Box 5400,    Slidell, LA 70469-5400
                                                                                              TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 053L-2          User: cl              Page 3 of 3            Date Rcvd: May 08, 2009
Case: 08-12397                Form ID: 1672         Total Served: 119

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 10, 2009**              **Signature:**    _Joseph Speetjens_