UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF

CASE NO. **08-12397**
Section **"A"**

**BUTLER, KIMBERLY WILLIAMSON**

DEBTOR(S)

CHAPTER 7

### TRUSTEE'S INTERIM REPORT

(1) <u>ACTION TO BE TAKEN TO CONCLUDE ADMINISTRATION OF ESTATE</u>

Trustee is collecting periodic payments due on note receivable.

(2) <u>TOTAL FUNDS DEPOSITED INTO THE TRUSTEE'S BANK ACCOUNT</u>

$3,916.48.

(3) <u>EXPECTED DATE OF FILING A TRUSTEE'S FINAL REPORT</u>

not yet known.

(4) <u>AMOUNT AND NATURE OF BOND</u>

$255,510.00, 2009 blanket bond.

_____ 3/2/10
Trustee: David V. Adler
P.O. Box 55129
Metairie, LA 70055
504-834-5465