```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF LOUISIANA
```

IN THE MATTER OF

CASE NO. **08-12397**
Section **"A"**

**BUTLER, KIMBERLY WILLIAMSON**

DEBTOR(S)                                                    CHAPTER 7

## TRUSTEE'S INTERIM REPORT

(1) <u>ACTION TO BE TAKEN TO CONCLUDE ADMINISTRATION OF ESTATE</u>

**Trustee is collecting periodic payments due on note receivable.**

(2) <u>TOTAL FUNDS DEPOSITED INTO THE TRUSTEE'S BANK ACCOUNT</u>

**$5,182.01.**

(3) <u>EXPECTED DATE OF FILING A TRUSTEE'S FINAL REPORT</u>

**06/30/12.**

(4) <u>AMOUNT AND NATURE OF BOND</u>

**$1,009,913.00, 2011 blanket bond.**

```
                                /s/ David V. Adler
                                _____  4/19/11
                                Trustee: David V. Adler
                                P.O. Box 55129
                                Metairie, LA 70055
                                504-834-5465
```